| | |
|---|---|
| Name & Address:<br>ROBERT N. ECCLES (admitted pro hac vice)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington D.C. 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GLENN TIBBLE, et al.,<br><br>PLAINTIFF(S)<br>v.<br>EDISON INTERNATIONAL, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV07-05359 SVW (AGRx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

(1) Exs. A-OO to Decker Decl. ISO MSJ; (2) Exs. A-Q to Ertel Decl. ISO MSJ; (3) Ex. A to Kobashigawa Decl. ISO MSJ; (4) Niden Decl ISO MSJ & Exs 1-4; (5) Ex A to Peavy ISO MSJ; (6) Exs A-S to Eastus Decl ISO MSJ

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  Application to File Exhs Under Seal and Proposed Order according to General Order 08-02

| 5-18-2009 | Robert N. Eccles |
|---|---|
| Date | Attorney Name |
| | Defendants Edison International et al. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                       NOTICE OF MANUAL FILING