1  ROBERT N. ECCLES (admitted *pro hac vice*)
   beccles@omm.com
2  GARY S. TELL (admitted *pro hac vice*)
   gtell@omm.com
3  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
4  Washington, D.C. 20006-4001
   Telephone: (202) 383-5300
5  Facsimile: (202) 383-5414

6  AMY J. LONGO (SBN 198304)
   alongo@omm.com
7  MATTHEW P. EASTUS (SBN 187747)
   meastus@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, CA 90071
   Telephone: (213) 430-6000
10 Facsimile: (213) 430-6407

11 Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EDISON INTERNATIONAL, *et al.*,<br><br>Defendants. | Case No. CV07-05359 SVW (AGRx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT**<br><br>Hearing Date: June 8, 2009<br>Hearing Time: 1:30 p.m.<br>Ctrm: 6<br><br>Trial Date: July 7, 2009<br>Bench trial/Non-jury docket<br>The Honorable Stephen V. Wilson |

1       TO PLAINTIFFS GLENN TIBBLE, WILLIAM BAUER, WILLIAM
2 IZRAL, HENRY RUNOWIECKI, FREDERICK SUHADOLC, AND HUGH
3 TINMAN, Jr. AND THEIR COUNSEL OF RECORD, THE LAW OFFICES OF
4 SCHLICHTER, BOGARD & DENTON LLP:
5
6       PLEASE TAKE NOTICE that on Monday, June 8, 2009, beginning at 1:30
7 p.m., or such time thereafter as the Court deems proper at Courtroom 6 of the U.S.
8 Federal Courthouse, located at 312 N. Spring Street, Los Angeles, California
9 90012, before the Honorable Stephen V. Wilson, defendants Edison International,
10 Southern California Edison Company, Southern California Edison Company
11 Benefits Committee (incorrectly named by Plaintiffs as the "Edison International
12 Benefits Committee"), Edison International Trust Investment Committee, Edison
13 International Trust Investment Committee Chairman's Subcommittee, Secretary of
14 the Southern California Edison Company Benefits Committee (incorrectly named
15 by Plaintiffs as the "Secretary of the Edison International Benefits Committee"),
16 Southern California Edison Company's Vice President of Human Resources, and
17 Manager of Southern California Edison Company's HR Service Center
18 ("defendants") will move and hereby do move the Court to grant, pursuant to Rule
19 56 of the Federal Rules of Civil Procedure, its Motion For Summary Judgment
20 against all plaintiffs.
21       This motion is made following several conferences between counsel pursuant
22 to Local Rule 7-3, which took place on April 28, 2009. This motion is based upon
23 this Notice of Motion and Motion, the accompanying Memorandum of Points and
24 Authorities, the Separate Statement of Uncontroverted Facts, the declarations and
25 exhibits filed in support thereof, all pleadings and papers on file in this action, and
26
27
28

upon such other matters as may be presented to the Court at the time of the hearing.

Dated:     May 18, 2009

Respectfully submitted:

/s/ Robert N. Eccles

O'MELVENY & MYERS LLP
Robert N. Eccles
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants Edison International, Southern California Edison Company, Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Edison International Benefits Committee"), Edison International Trust Investment Committee, Edison International Trust Investment Committee Chairman's Subcommittee, Secretary of the Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Secretary of the Edison International Benefits Committee"), Southern California Edison Company's Vice President of Human Resources, and Manager of Southern California Edison Company's HR Service Center.

LA3:1157906.1