# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-5359-SVW(AGRx) | Date | June 10, 2009 |
|---|---|---|---|
| Title | Glenn Tibble, et al v. Edison International et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER CONTINUING HEARING ON:
1. PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [133] (fld 05/08/09)
2. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF ROSS M. MILLER [143] (fld 05/18/09)
3. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DAVID J. WITZ [145] (fld 05/18/09)
4. DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [146] (fld 05/18/09)
5. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF STEVEN POMERANTZ [147] (fld 05/18/09)
6. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF STEVEN POMERANTZ [156] (fld 05/19/09)

The Court, on its own motion, continues the above-referenced motions from June 15, 2009 to June 22, 2009 at 1:30 p.m.

|  | : |
|---|---|
| Initials of Preparer | AK |