UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5359-SVW(AGRx) | Date | June 22, 2009 |
|---|---|---|---|
| Title | Glenn Tibble et al v. Edison International et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Freda Mendelsohn | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nelson Wolff | Amy J. Longo |
| William A. White | Matthew P. Eastus |
| Jason P. Kelly | Gary S. Tell |
| | Robert N. Eccles |

**Proceedings:**
1. PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [133] (fld 05/08/09)
2. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF ROSS M. MILLER [143] (fld 05/18/09)
3. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DAVID J. WITZ [145] (fld 05/18/09)
4. DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [146] (fld 05/18/09)
5. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF STEVEN POMERANTZ [147] (fld    05/18/09)
6. DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF STEVEN POMERANTZ [156] (fld      05/19/09)
7. PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [186](Fld 05/29/09)
8. PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF CATHY M. NIDEN [188](Fld    06/01/09)
9. PRETRIAL CONFERENCE (CT 07/07/09)

Hearing and pretrial conference held. The motions are submitted. Order to issue.

| | 1 | : | 09 |
|---|---|---|---|
| Initials of Preparer | | PMC | |