UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5359 SVW (AGRx) | Date | June 24, 2009 |
|---|---|---|---|
| Title | Tibble v. Edison International, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

In light of the number of the issues raised in the parties' motions for summary judgment, the July 7, 2009, trial date is vacated, and will be rescheduled if necessary after the Court rules on the motions for summary judgment. An order will issue shortly regarding Plaintiffs' Motion for Class Certification.

The parties are ORDERED to supply the Court with supplemental briefing on the following issues:

(1) Evidence of the composition/membership of the TIC and Sub-TIC, and the role that the Investment Committee staff played in the decision regarding what mutual funds were made available to the Plan participants.

(2) What evidence there is that the named plaintiffs received the Master Plan documents and SPDs (<u>see e.g.</u>, Decker Decl., Ex. A).

Defendants shall submit a supplemental brief not to exceed three pages addressing these issues by June 26, 2009, at 4 p.m. Plaintiffs shall file a response brief not to exceed three pages by Monday, June 29, at 12 noon.

|  | : |
|---|---|
| Initials of Preparer | PMC |