JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
JASON P. KELLY (admitted *pro hac vice*)
jkelly@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151

*Lead Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840

*Local Counsel for Plaintiffs*

(Attorneys for Defendants listed on signature page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDISON INTERNATIONAL, *et al.*,<br><br>　　　　　Defendants. | Case No. CV07-05359 SVW (AGRx)<br><br>**JOINT STIPULATION REGARDING TRIAL WITNESSES AND MOTIONS**<br><br>Pretrial Conference: October 5, 2009<br><br>Trial Date: October 13, 2009<br><br>Judge: Hon. Stephen V. Wilson |

**JOINT STIPULATION REGARDING TRIAL WITNESSES AND MOTIONS**

The Parties jointly stipulate that the following expert witnesses will not be called at trial:[1]

    A.    Dr. Cathy M. Niden – Defendants' Expert

    B.    Dr. Ross Miller – Plaintiffs' Expert

    C.    David Witz – Plaintiffs' Expert[2]

Accordingly, the following motions are hereby withdrawn by the Parties for purposes of trial:

    A.    Plaintiffs' Motion to Strike the Declaration of Cathy M. Niden (Doc. 188);

    B.    Defendants' Motion to Exclude the Testimony of Plaintiffs' expert, Dr. Ross Miller, Pursuant to Fed. R. Evid. 702 (Doc. 143); and

    C.    Defendants' Motion to Exclude the Testimony of Plaintiffs' expert, David Witz, Pursuant to Fed. R. Evid. 702 (Doc. 145).

//
//
//
//
//

---

[1] In the summary judgment orders of July 16 and 31, 2009 (Docs. 295, 303), this Court significantly narrowed the claims and defenses available for trial. The Parties preserve for appeal any and all dismissed claims and defenses, as well as the arguments made in Summary Judgment Briefing relying on or related to the arguments contained in the motions to strike (Docs. 188, 143, and 145).

[2] Plaintiffs' withdrawal of Mr. Witz as a witness at trial is predicated upon Defendants' representation that they, without prejudice to their rights on appeal, will not be presenting an affirmative defense at trial based on ERISA § 404(c), 29 U.S.C. § 1104(c).

**JOINT STIPULATION REGARDING TRIAL WITNESSES AND MOTIONS**

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

//

| Dated: September 29, 2009 | SCHLICHTER, BOGARD & DENTON |
|---|---|
| | By: /s/ Nelson G. Wolff |
| | Jerome J. Schlichter (S.B. #054513)<br>Nelson G. Wolff (admitted pro hac vice)<br>Jason P. Kelly (admitted pro hac vice)<br>SCHLICHTER, BOGARD & DENTON |
| | Lead Counsel for Plaintiffs |
| | William A. White (S.B. #121681)<br>HILL, FARRER & BURRILL LLP |
| | Local Counsel for Plaintiffs |
| Dated: September 29, 2009 | O'MELVENY & MYERS LLP |
| | By: /s/ Matthew P. Eastus |
| | AMY J. LONGO (SBN 198304)<br>alongo@omm.com<br>MATTHEW P. EASTUS (SBN 187747)<br>meastus@omm.com<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| | ROBERT N. ECCLES (admitted pro hac vice)<br>beccles@omm.com<br>GARY S. TELL (admitted pro hac vice)<br>gtell@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |
| | Attorneys for Defendants |

**JOINT STIPULATION REGARDING TRIAL WITNESSES AND MOTIONS**