# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5359-SVW(AGRx) | Date | October 5, 2009 |
|---|---|---|---|
| Title | Glenn Tibble et al v. Edison International et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nelson Wolff | Gary S. Tell |
| William A. White | Matthew P. Eastus |
| | Robert N. Eccles |

**Proceedings:**         PRETRIAL CONFERENCE


        Conference held.  The Court orders Pomerantz to appear for deposition before the end of the week.  The Court will inform the parties whether the case will go forward to trial as scheduled.

|  | : | 23 |
|---|---|---|
| Initials of Preparer | | PMC |