**EXHIBIT F**

**Pomerantz Declaration**
**Exhibit F**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### MFS Total Return Fund

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Year-End Fund Assets (thousands)[1] | ------ | $615 | $1,308 | $2,282 | $2,819 | $3,884 | $3,987 |
| Annual Avg. Assets (thousands)[2] | ------ | $308 | $962 | $1,795 | $2,551 | $3,352 | $3,936 |
| A Class Fee (bps)[3] | ------ | 92 | 90 | 89 | 91 | 90 | 87 |
| I Class Fee (bps)[3] | ------ | 57 | 55 | 55 | 56 | 55 | 52 |
| Excess Fee (bps)[4] | ------ | 35 | 35 | 34 | 35 | 35 | 35 |
| Annual Excess Fees[5] | ------ | $538 | $3,365 | $6,103 | $8,927 | $11,730 | $13,774 |
| Annual Returns | ------ | -5.6% | 16.9% | 11.4% | 3.3% | 11.8% | 5.0% |
| Compounded Cumulative Excess Fees | ------ | $538 | $3,994 | $10,552 | $19,827 | $33,897 | $49,366 |

1 – Source: 11ks
2 – average of year-end & preceding year end assets
3 – Source: Morningstar
4 – A class fee less I class fee
5 – Excess fee times annual avg asetts

F-35

**EXHIBIT G**

**Pomerantz Declaration**
**Exhibit G**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### William Blair Small Cap Growth Fund

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Year-End Fund Assets (thousands)[1] | ---- | $866 | $11,789 | $27,318 | $13,868 | $18,706 | $14,575 |
| Annual Avg. Assets (thousands)[2] | ---- | $433 | $6,328 | $19,554 | $20,593 | $16,287 | $16,641 |
| N Class Fee (bps)[3] | ---- | 162 | 152 | 149 | 149 | 148 | 149 |
| I Class Fee (bps)[3] | ---- | 137 | 128 | 124 | 124 | 121 | 120 |
| Excess Fee (bps)[4] | ---- | 25 | 24 | 25 | 25 | 27 | 29 |
| Annual Excess Fees[5] | ---- | $541 | $15,186 | $48,484 | $51,483 | $43,975 | $48,257 |
| Annual Returns | ---- | -17.0% | 2.2% | 27.5% | 1.5% | 14.4% | -1.9% |
| Compounded Cumulative Excess Fees | ---- | $541 | $16,064 | $69,371 | $121,881 | $183,443 | $228,251 |

1 – Source: 11ks   2 – average of year-end & preceding year end assets
3 – Source: Morningstar   4 – N class fee less I class fee
5 – Excess fee times annual avg asetts

G-36

**EXHIBIT H**

**Pomerantz Declaration**
**Exhibit H**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### PIMCO RCM Global Tech Fund

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Year End Fund Assets (thousands)[1] | --- | $1,650 | $43,928 | $46,250 | $37,758 | $33,837 | $53,042 |
| Annual Avg. Assets (thousands)[2] | --- | $825 | $22,789 | $45,089 | $42,004 | $35,798 | $43,440 |
| A Class Fee (bps)[3] | --- | 163 | 176 | --- | --- | --- | --- |
| I Class Fee (bps)[3] | --- | 129 | 136 | --- | --- | --- | --- |
| Excess Fee (bps)[4] | --- | 34 | 40 | --- | --- | --- | --- |
| Annual Excess Fees[5] | --- | $1,403 | $68,367 | --- | --- | --- | --- |
| Annual Returns | --- | -40.6% | 69.1% | 17.9% | 8.9% | 5.0% | 29.3% |
| Compounded Cumulative Excess Fees | --- | $1,403 | $70,729 | $83,401 | $90,824 | $95,365 | $123,307 |

1 – Source: 11ks
2 – average of year-end & preceding year end assets
3 – Source: Morningstar
4 – A class fee less I class fee
5 – Excess fee times annual avg asetts

H-37

**EXHIBIT I**

**Pomerantz Declaration**
**Exhibit I**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### Janus Small Cap Value Fund

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Year End Fund Assets (thousands)[1] | --- | --- | $16,392 | $14,428 | $15,621 | $13,574 | --- |
| Annual Avg. Assets (thousands)[2] | | | $8,196 | $15,410 | $15,025 | $14,598 | $6,787 |
| Inv Class Fee (bps)[3] | | | 110 | 102 | 99 | 100 | 100 |
| Inst Class Fee (bps)[3] | | | 82 | 81 | 79 | 79 | 79 |
| Excess Fee (bps)[4] | | | 28 | 21 | 20 | 21 | 21 |
| Annual Excess Fees[5] | | | $15,299 | $32,361 | $30,049 | $30,655 | $14,253 |
| Annual Returns | | | 36.8% | 13.6% | 8.9% | 12.4% | 3.0% |
| Compounded Cumulative Excess Fees | | | $15,299 | $49,741 | $84,217 | $125,314 | $143,289 |

1 – Source: 11ks  
2 – average of year-end & preceding year end assets  
3 – Source: Morningstar  
4 – Invs class fee less Inst class fee  
5 – Excess fee times annual avg asetts

I-38

**EXHIBIT J**

**Pomerantz Declaration**
**Exhibit J**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### Allianz CCM Capital Appreciation Fund

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Year End Fund Assets (thousands)[1] | $3,299 | $2,433 | $4,389 | $4,885 | $10,264 | $9,897 | $21,888 |
| Annual Avg. Assets (thousands)[2] | ------ | $2,866 | $3,411 | $4,637 | $7,575 | $10,081 | $15,893 |
| Admn Class Fee (bps)[3] | ------ | ------ | ------ | ------ | 96 | 97 | 93 |
| I Class Fee (bps)[3] | ------ | ------ | ------ | ------ | 71 | 72 | 68 |
| Excess Fee (bps)[4] | ------ | ------ | ------ | ------ | 25 | 25 | 25 |
| Annual Excess Fees[5] | ------ | ------ | ------ | ------ | $12,624 | $25,201 | $39,731 |
| Annual Returns | ------ | -23.3% | 26.7% | 12.3% | 9.1% | 6.8% | 17.3% |
| Compounded Cumulative Excess Fees | ------ | ------ | ------ | ------ | $12,624 | $38,684 | $85,107 |

1 – Source: 11ks
2 – average of year-end & preceding year end assets
3 – Source: Morningstar
4 – Admn class fee less I class fee
5 – Excess fee times annual avg asetts

J-39

**EXHIBIT K**

**Pomerantz Declaration**
**Exhibit K**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

## Money Market Fund: Actual vs. Lower Available Management Fees

| | Assets (1) | Actual Fee Rate (2) | Actual Annual Fees Paid (1x2) | Lower Available Fee Rate (3) | Lower Available Annual Fee (1x3) |
|---|---|---|---|---|---|
| 1999 | $211,084,000 | 0.18% | $379,951 | 0.09% | $189,976 |
| 2000 | $241,686,000 | 0.18% | $435,035 | 0.09% | $217,517 |
| 2001 | $256,857,000 | 0.18% | $462,343 | 0.09% | $231,171 |
| 2002 | $256,733,000 | 0.18% | $462,119 | 0.09% | $231,060 |
| 2003 | $230,313,000 | 0.18% | $414,563 | 0.09% | $207,282 |
| 2004 | $303,149,000 | 0.18% | $545,668 | 0.09% | $272,834 |
| 2005 | $304,074,000 | 0.18% | $547,333 | 0.09% | $273,667 |
| 2006 | $399,414,000 | 0.12% | $479,297 | 0.09% | $359,473 |
| 2007 | $477,136,000 | 0.10% | $477,136 | 0.09% | $429,422 |
| | | | **$4,812,397** | | **$2,723,228** |

K-40

**EXHIBIT L**

Pomerantz Declaration
Exhibit L

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

### Annual & Compounded Cumulative Excess Money Market Fund Management Fees

| Year | Annual Excess Fee | Cumulative Excess Fees | Average Annual Fund Rate of Return | Compounded Cumulative Excess Fees |
|---|---|---|---|---|
| 1999 | $189,976 | $189,976 | 5.1% | $189,976 |
| 2000 | $217,517 | $407,493 | 6.4% | $419,651 |
| 2001 | $231,171 | $638,664 | 4.3% | $668,868 |
| 2002 | $231,160 | $869,724 | 1.8% | $911,967 |
| 2003 | $207,282 | $1,077,006 | 1.0% | $1,128,368 |
| 2004 | $272,834 | $1,349,840 | 1.2% | $1,414,743 |
| 2005 | $273,677 | $1,623,506 | 3.1% | $1,732,267 |
| 2006 | $119,824 | $1,743,331 | 5.0% | $1,938,704 |
| 2007 | $47,714 | $1,791,044 | 5.3% | $2,089,169 |
|  |  | **$1,791,044** |  | **$2,089,169** |

L-41

**EXHIBIT M**

**Pomerantz Declaration**
**Exhibit M**

Tibble, et al. v. Edison, et al., No. CV07-05359 (SVW)

## Compounded Cumulative Money Market Excess Fees

| Year | Annual Damage | Compounded Cumulative Damage |
|---|---|---|
| 1999 | $189,976 | $189,976 |
| 2000 | $217,517 | $419,651 |
| 2001 | $231,171 | $668,868 |
| 2002 | $231,060 | $911,967 |
| 2003 | $207,282 | $1.13 m / $1.401 m |
| 2004 | $272,834 | $1.73 m |
| 2005 | $273,667 | $1.94 m |
| 2006 | $119,824 | |
| 2007 | $47,714 | $2.09 m |

M-42