1  ROBERT N. ECCLES (admitted *pro hac vice*)
   beccles@omm.com
2  GARY S. TELL (admitted *pro hac vice*)
   gtell@omm.com
3  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
4  Washington, D.C. 20006-4001
   Telephone: (202) 383-5300
5  Facsimile: (202) 383-5414

6  AMY J. LONGO (SBN 198304)
   alongo@omm.com
7  MATTHEW P. EASTUS (SBN 187747)
   meastus@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, CA 90071
   Telephone: (213) 430-6000
10 Facsimile: (213) 430-6407

11 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN TIBBLE, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>EDISON INTERNATIONAL, *et al.*,<br><br>                    Defendants. | Case No. CV07-05359 SVW (AGRx)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**<br><br>Judge: Hon. Stephen V. Wilson |

Notice is hereby given that all Defendants in the above-styled case, Edison International, Southern California Edison Company, Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Edison International Benefits Committee"), Edison International Trust Investment Committee, Edison International Trust Investment Committee Chairman's Subcommittee, Secretary of the Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Secretary of the Edison International Benefits Committee"), Southern California Edison Company's Vice President of Human Resources, and Manager of Southern California Edison Company's HR Service Center (collectively, "Defendants") hereby appeal to the United States Court of Appeal for the Ninth Circuit from the following judgment and orders:

(1) Order of Judgment (Dkt. No. 413) filed on August 9, 2010 and entered on August 10, 2010, to the extent that judgment in the amount of $370,732 (or any amount) was entered in favor of Plaintiffs and against Defendants (attached as Exhibit A);

(2) All interlocutory orders and rulings that gave rise to the Order of Judgment, to the extent that judgment was entered for Plaintiffs, including but not limited to rulings at the bench trial or subsequent post-trial hearings;

(3) Findings of Fact and Conclusions of Law (Dkt. No. 405) filed on July 8, 2010 and entered on July 12, 2010, to the extent that the findings and conclusions were adverse to Defendants (attached as Exhibit B).

The names of all parties to the judgment appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| 1 | Glenn Tibble, William Bauer, William Izral, Henry Runowiecki, Frederick Suhadolc, Hugh Tinman, Jr., as representatives of a class of similarly situated persons, and on behalf of the Plan, | Edison International, Southern California Edison Company, Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Edison International Benefits Committee"), Edison International Trust Investment Committee, Edison International Trust Investment Committee Chairman's Subcommittee, Secretary of the Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Secretary of the Edison International Benefits Committee"), Southern California Edison Company's Vice President of Human Resources, and Manager of Southern California Edison Company's HR Service Center, |
| 2 | | |
| 3 | | |
| 4 | Plaintiffs. | |
| 5 | William A. White | |
| 6 | Hill, Farrer & Burrill LLP 300 South Grand Avenue, 37th Floor | |
| 7 | Los Angeles, CA 90071-3147 (213) 620-0460 | |
| 8 | | |
| 9 | Jerome J. Schlichter Nelson G. Wolff Jason P. Kelly | |
| 10 | Tom Clark Ashleigh Johnson | |
| 11 | Lisa Morris Schlichter, Bogard & Denton LLP | Defendants. |
| 12 | 100 South Fourth Street, Suite 900 St. Louis, MO 63102 | Robert N. Eccles Gary S. Tell |
| 13 | (314) 621-6115 | O'Melveny & Myers LLP 1625 Eye Street, NW |
| 14 | | Washington, D.C. 90006 (202) 383-5300 |
| 15 | | |
| 16 | | Amy J. Longo Matthew P. Eastus |
| 17 | | O'Melveny & Myers LLP 400 South Hope Street |
| 18 | | Los Angeles, CA 90071 (213) 430-6000 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

DEFENDANTS' NOTICE OF APPEAL
CV07-05359 SVW (AGRX)

| | | |
|---|---|---|
| Dated: | September 8, 2010 | Respectfully submitted: |

                                                  /s/ Robert N. Eccles

O'MELVENY & MYERS LLP
Robert N. Eccles
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants Edison International, Southern California Edison Company, Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Edison International Benefits Committee"), Edison International Trust Investment Committee, Edison International Trust Investment Committee Chairman's Subcommittee, Secretary of the Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Secretary of the Edison International Benefits Committee"), Southern California Edison Company's Vice President of Human Resources, and Manager of Southern California Edison Company's HR Service Center.

LA3:1169003.3