**FILED**

UNITED STATES COURT OF APPEALS

AUG 05 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLENN TIBBLE; et al.,<br><br>  Plaintiffs - Appellants,<br><br>v.<br><br>EDISON INTERNATIONAL; et al.,<br><br>  Defendants - Appellees. | No. 10-56406<br><br>D.C. No. 2:07-cv-05359-SVW-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| GLENN TIBBLE; et al.,<br><br>  Plaintiffs - Appellees,<br><br>v.<br><br>EDISON INTERNATIONAL; et al.,<br><br>  Defendants - Appellants. | No. 10-56415<br><br>D.C. No. 2:07-cv-05359-SVW-AGR<br>Central District of California,<br>Los Angeles |

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The defendants' unopposed motion for leave to file an oversize second brief on cross-appeal is granted. The previously submitted second brief on cross appeal is ordered filed.

The third brief on cross-appeal is due within 30 days after the date of this order, and the optional reply brief is due within 14 days after service of the third brief on cross-appeal.

08.01/cag/Appellate Commissioner