**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GLENN TIBBLE; WILLIAM BAUER; WILLIAM IZRAL; HENRY RUNOWIECKI; FREDERICK SUHADOLC; HUGH TINMAN, Jr., as representatives of a class of similarly situated persons, and on behalf of the Plan, | Nos. 10-56406, 10-56415 <br><br> D.C. No. 2:07-cv-05359-SVW-AGR <br> Central District of California, <br> Los Angeles |
| Plaintiffs - Appellants, | ORDER |
| v. | |
| EDISON INTERNATIONAL; THE EDISON INTERNATIONAL BENEFITS COMMITTEE, FKA The Southern California Edison Benefits Committee; EDISON INTERNATIONAL TRUST INVESTMENT COMMITTEE; SECRETARY OF THE EDISON INTERNATIONAL BENEFITS COMMITTEE; SOUTHERN CALIFORNIA EDISON'S VICE PRESIDENT OF HUMAN RESOURCES; MANAGER OF SOUTHERN CALIFORNIA EDISON'S HR SERVICE CENTER, | |
| Defendants - Appellees., | |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

4/12/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: GOODWIN and O'SCANNLAIN, Circuit Judges, and ZOUHARY, District Judge.[*]

Appellees/Cross-Appellants are directed to file a response to the petition for rehearing en banc filed with this court on April 4, 2013. The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.

Parties who are registered for ECF must file the response electronically. Parties who are not registered ECF filers must file the original response plus 50 paper copies.

---

[*] The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.