ROBERT N. ECCLES (admitted *pro hac vice*)
beccles@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

MATTHEW P. EASTUS (SBN 187747)
meastus@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDISON INTERNATIONAL, *et al.*, <br><br> Defendants. | Case No. CV07-05359 SVW (AGRx) <br><br> **EX PARTE APPLICATION TO STAY OR AMEND THE JUDGMENT** <br><br> Judge: Hon. Stephen V. Wilson |

Defendants Edison International et al. (collectively "Edison") respectfully submits this ex parte application for temporary relief from the imminent obligation to pay the judgment amount of $370,732 (currently due to be satisfied by September 11, 2013), pending the resolution of a conditional cross-petition for a writ of certiorari that Edison may file, if plaintiffs follow through on their recently-expressed intention to file their own petition for certiorari. Absent such relief, Edison will be functionally unable to recover the paid and distributed

amount if the Supreme Court grants Edison's cross-petition and reverses the judgment against Edison.

To obtain the temporary, protective relief it seeks, Edison moves either for a stay of the judgment, *see* Fed. R. Civ. P. 62(d); *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); 28 U.S.C. § 1651, or for an amendment of the judgment to change the payment date, *see* Fed. R. Civ. P. 59(e); Fed. R. Civ. 60(b). Edison seeks a change of the payment date to 14 days after the disposition of any cross-petition for certiorari filed by Edison, or 14 days after the deadline for such a petition expires if Edison does not file one.

Counsel for plaintiffs are:

JEROME J. SCHLICHTER
jschlichter@uselaws.com
NELSON G. WOLFF
nwolff@uselaws.com
MICHAEL A. WOLFF
mwolff@uselaws.com
JASON P. KELLY
jkelly@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151

WILLIAM A. WHITE
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840

Pursuant to Local Rule 7-19.1, Edison advised counsel for plaintiffs of its intent to seek relief from the payment date pending potential Supreme Court review. Counsel advised that plaintiffs would take no advance position on such relief before the filing of this motion. Edison also provided written notice to counsel for plaintiffs, via electronic mail, that this ex parte application would be filed today, and that papers responding to this motion must be filed not later than 3:00 p.m. on September 4, 2013, the first business day succeeding the day this ex parte application was served.

For the foregoing reasons, and those set out in the separate memorandum of points and authorities and the Declaration of Jonathan D. Hacker, Edison respectfully requests that the Court stay or amend its judgment to provide Edison temporary relief from the current September 11, 2013, date of payment of the judgment funds.

Dated: September 3, 2013          Respectfully submitted:

  /s/ Robert N. Eccles
O'MELVENY & MYERS LLP

Robert N. Eccles
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants Edison International, Southern California Edison Company, Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Edison International Benefits Committee"), Edison International Trust Investment Committee, Edison International Trust Investment Committee Chairman's Subcommittee, Secretary of the Southern California Edison Company Benefits Committee (incorrectly named by Plaintiffs as the "Secretary of the Edison International Benefits Committee"), Southern California Edison Company's Vice President of Human Resources, and Manager of Southern California Edison Company's HR Service Center.