# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GLENN TIBBLE, *et al.*,

                    Plaintiffs,

    v.

EDISON INTERNATIONAL, *et al.*,

                    Defendants.

Case No. CV07-05359 SVW (AGRx)

**STAY OF JUDGMENT**

Judge:  Hon. Stephen V. Wilson

      Pursuant to Federal Rule of Civil Procedure 62(d), the judgment in this case is stayed pending the disposition of any petition for a writ of certiorari filed by defendants Edison International et al., including any subsequent proceedings on the writ if granted.  If defendants do not file a petition for a writ of certiorari, this stay will expire as of the deadline for filing such a petition.

      IT IS SO ORDERED.

Dated: September 6, 2013

_____
The Honorable Stephen V. Wilson
United States District Judge