# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐

Routed to Riverside, Eastern Division: ☐

Routed to Laguna Niguel, ☐
National Archives & Records Administration:

Date Received: 08-26-2013

Time Received: 12 pm

---

Case File Number: 2:07-cv-05359-SVW-AGR

Title Case Name: Glenn Tibble et al v. Edison International et al

Volume Number: 1 through 1

Transcripts (number received): 1

Other Court Documents:

---

Case File Underseal:   ☐ Yes   ☒ No      Case File Restricted:   ☐ Yes   ☒ No

Exhibits Received (number of boxes): 0

Sealed documents routed to Exhibits:   ☐ Yes ☒ No

Case File routed to Re-file area:   ☒ Yes ☐ No      Transcripts routed to Re-file area: ☒ Yes ☐ No

Case File routed to NARA:   ☐ Yes ☒ No      Transcripts routed to NARA:   ☐ Yes ☒ No

Case File routed to B-47 area:   ☐ Yes ☒ No      Transcripts routed to B-47 area:   ☐ Yes ☒ No

Received by Records Clerk:   e.martinez   01-22-2014