1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE et al., individually and as representatives of a class of similarly situated persons and on behalf of the Plan,<br><br>      *Plaintiffs,*<br><br>    v.<br><br>EDISON INTERNATIONAL et al.,<br><br>      *Defendants.* | Case No. CV 07-5359 SVW (AGRx)<br><br>**ORDER REGARDING PRETRIAL SCHEDULE**<br><br>Court Trial: July 18, 2017 at 9:00 a.m. |

By stipulation of the parties, the Joint Stipulation Regarding Pretrial Schedule, filed on May 8, 2017, is hereby approved and entered by the Court.

IT IS SO ORDERED.

Dated: May 15, 2017

_____
Honorable Stephen V. Wilson
United States District Judge
Central District of California

CASE NO. CV07-5359 SVW (AGRx)                                    ORDER
                                                REGARDING PRETRIAL SCHEDULE