JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
KURT C. STRUCKHOFF (admitted pro hac vice)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934

*Lead Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840

*Local Counsel for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE et al., individually and as representatives of a class of similarly situated persons and on behalf of the Plan,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>EDISON INTERNATIONAL et al.,<br><br>   *Defendants*. | Case No. CV 07-5359 SVW (AGRx)<br><br>**JOINT STIPULATION FOR PAYMENT OF PLAINTIFFS' ATTORNEY FEES AND COSTS UNDER 29 U.S.C. § 1132(g) AND FED. R. CIV. P. 54(d)**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

Plaintiffs and Defendants stipulate that Defendants shall pay to Class Counsel the sum of Five Million Eight Hundred Thousand Dollars ($5,800,000.00) for all attorney fees and taxable costs and non-taxable litigation expenses that are due under 29 U.S.C. §1132(g) and Federal Rule of Civil Procedure 54(d). In return, Plaintiffs and their attorneys (including Class Counsel) waive and forever relinquish their right to seek any additional payment of attorney fees or costs from Defendants under 29 U.S.C. §1132(g) and Federal Rule of Civil Procedure 54(d). Defendants shall pay this amount to Schlichter Bogard & Denton LLP on or before November 1, 2017.  If the Court declines to enter a judgment in Plaintiffs' favor or orders that Plaintiffs' counsel should be awarded less than $5,800,000.00 under 29 U.S.C. § 1132(g) and Federal Rule of Civil Procedure 54(d), Schlichter Bogard & Denton LLP within 10 days of the Court order agrees to return the payment, or any excess, to Defendants, which they shall hold in escrow in the event that Plaintiffs appeal such an order.

Because they are not awardable against Defendants under 29 U.S.C. §1132(g), Plaintiffs shall separately move for an award of their expert witness fees and an incentive award to the class representatives from the judgment amount by no later than November 6, 2017.  The parties shall submit a plan for providing reasonable notice to class members of Plaintiffs' intended motion to recover non-taxable costs and fees from the judgment, and to afford them an opportunity to object to this motion, on or before November 6, 2017.

DATED: October 16, 2017

Respectfully submitted,

/s/ Michael A. Wolff
Jerome J. Schlichter (SBN 054513)
Michael A. Wolff (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
SCHLICHTER, BOGARD & DENTON LLP

*Lead Class Counsel for Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP

*Local Counsel for Plaintiffs*

/s/ Brian D. Boyle *(w/consent)*
Brian D. Boyle (SBN 126576)
Catalina J. Vergara (SBN 223775)
O'MELVENY & MYERS LLP

*Counsel for Defendants*

**ATTESTATION**

Under Civil L.R. 5-4.3.4 regarding signatures, I, Michael A. Wolff, attest that concurrence in the filing of this document has been obtained by all of its signatories.

/s/ Michael A. Wolff
Michael A. Wolff