# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE *et al.*, individually and as representatives of a class of similarly situated persons and on behalf of the Plan,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>EDISON INTERNATIONAL *et al.*,<br><br>　　　　*Defendants.* | Case No. CV 07-5359 SVW (AGRx)<br><br>**ORDER REGARDING JOINT STIPULATION**<br><br>Judge:　　Hon. Stephen V. Wilson<br>Courtroom: 10A |

The Joint Stipulation Regarding Fed.R.Civ.P. 23(h) Notice of Motion For Nontaxable Costs is hereby approved by the Court.

IT IS SO ORDERED.

Dated: November 14, 2017

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Central District of California