BRIAN D. BOYLE (S.B. #126576)
bboyle@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
CHRISTOPHER B. CRAIG (S.B. #257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TIBBLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDISON INTERNATIONAL, *et al.*, <br><br> Defendants. | Case No. 2:07-cv-05359-SVW (AGRx) <br><br> **[PROPOSED] ORDER REGARDING AMENDED SCHEDULE FOR PLAINTIFFS' MOTION FOR REIMBURSEMENT OF EXPERT WITNESS FEES AND FOR INCENTIVE AWARDS** <br><br> Judge: Hon. Stephen V. Wilson <br> Courtroom: 10A |

# [PROPOSED] ORDER

Currently before the Court is the joint stipulation of the parties in the above-captioned matter to amend certain deadlines pertaining to Plaintiffs' Motion for Reimbursement of Expert Witness Fees and for Incentive Awards (the "Motion"; Dkt. 576). After consideration of the parties' stipulation, the Court hereby approves the following amended schedule:

1. The deadline for Class Members' objections to Plaintiffs' Motion shall be advanced from January 31, 2018 to **April 30, 2018**.
2. The hearing on Plaintiffs' Motion for Reimbursement of Expert Witness Fees and for Incentive Awards shall be advanced from February 5, 2018 to **May 7, 2018**. at 1:30 p.m.

IT IS SO ORDERED.

Dated this 12th day of January, 2018.

_____
Honorable Stephen V. Wilson
United States District Judge
Central District of California

ORDER RE: MOT. FOR
REIMBURSEMENT OF EXPERT WITNESS
FEES & INCENTIVE AWARDS
2:07-CV-05359-SVW (AGRx)